IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

HENRY H. RILEY,
Plaintiff,

v.  Civil No. 3:22cv30 (DJN)

UNITED COLLECTION BUREAU,
INC., *et al.*,
Defendants.

## ORDER
### (Ordering Settlement Conference and Scheduling Status Call)

This matter comes before the Court following an on-the-record status call with the parties. As discussed on the call, the Court hereby ORDERS the parties to engage in settlement discussions before December 22, 2022. If the parties settle the case on or before December 22, 2022, then the parties are instructed to inform the Court of the settlement on that date. If the parties fail to reach an agreement on or before December 22, 2022, then the parties are hereby ORDERED to schedule a settlement conference with United States Magistrate Judge Mark R. Colombell pursuant to the Court's December 16, 2022, Referral Order (ECF No. 19). If amenable to the Magistrate Judge and otherwise consistent with their calendar, the settlement conference shall occur before **February 28, 2023**.

The Court hereby SCHEDULES an on-the-record status call with the parties for March 2, 2023, at 11:00 a.m. If the case settles before then, the call will be cancelled.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                                              /s/
                                            David J. Novak
                                            United States District Judge

Richmond, Virginia
Dated: December 16, 2022