IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

HENRY H. RILEY,
    Plaintiff,

v.                                      Civil No. 3:22cv30 (DJN)

UNITED COLLECTION BUREAU,
INC., *et al.*,
    Defendants.

**REFERRAL ORDER**

This case is hereby REFERRED to United States Magistrate Judge **Mark R. Colombell** for settlement. The parties shall be responsible for contacting the chambers of the Magistrate Judge to schedule the settlement conference, but the parties shall do so no earlier than December 22, 2022. If amenable to the Magistrate Judge and otherwise consistent with their calendar, the Court orders the parties to schedule the settlement conference before **February 28, 2023**.

The Clerk is DIRECTED to provide a copy of this Order to all counsel of record, any party not represented by counsel and the chambers of Magistrate Judge Colombell.

It is so ORDERED.

                                                           /s/
                                            David J. Novak
                                            United States District Judge

Richmond, Virginia
Date: December 16, 2022